**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dwayne Edward STRAUB,**
**Defendant–Appellant.**

No. 09–30234.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2009.*

Filed Jan. 25, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Beckley Law Firm, P.C., Eugene, OR, for Defendant–Appellant.

Before: D.W. NELSON, KLEINFELD, and BYBEE, Circuit Judges.

## MEMORANDUM **

This is defendant's third appeal to this panel. In defendant's second appeal, he expressly sought "remand for trial on Counts 1, 3, 4, 5, and 6." *United States v. Straub,* 538 F.3d 1147, 1164 (9th Cir.2008). In an opinion filed August 15, 2008, we remanded to the district court on Counts 3 and 4 and "affirm[ed] the convictions as to Counts 1, 5, and 6," *id.* at 1166, explaining that defendant did "not articulate[ ] any specific reasons why . . . the jury would not have convicted on Counts 1, 5, and 6" even if the error at defendant's first trial had been remediated, *id.* at 1164. The government has since dismissed Counts 3 and 4, and defendant now appeals the district court's refusal to grant defendant a new trial on Counts 1, 5, and 6. We affirm.

"We have repeatedly held, in both civil and criminal cases, that a district court is limited by this court's remand in situations where the scope of the remand is clear." *United States v. Thrasher,* 483 F.3d 977, 982 (9th Cir.2007) (quotation marks, brackets, and citations omitted). The scope of our August 2008 remand was clearly limited to Counts 3 and 4. The district court was therefore "precluded . . . from considering" arguments relating to Counts 1, 5, and 6, *id.,* and did not err in refusing to grant defendant a new trial on those counts.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.